UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 07-38

TINA DILTS, as Ancillary Administratrix and
Personal Representative of the Estate of Rickie Dilts, et al.,                    PLAINTIFF,


v.                                   **OPINION AND ORDER**


MAXIM CRANE WORKS, L.P.,                                                          DEFENDANT .

\* \* \* \* \* \* \* \* \*

By prior opinion and order, this Court has dismissed all of the claims by each of the Plaintiffs against all five of the named Defendants. The docket reflects that certain of the Defendants have filed cross-claims against other Defendants and that Employers Insurance has filed an Intervening Complaint against the Defendants. These claims appear to be moot in light of the Court's dismissal of the Plaintiffs' claims.

Accordingly, the Court hereby ORDERS as follows:

1)   the Court will enter an order Dismissing as moot the cross-claims and the Intervening Complaint in this action unless a party files an objection by **Friday, March 12, 2010**; and

2)   the Defendant Maxim Crane Works, L.P.'s Objections to the Deposition Testimony Identified by Plaintiffs (DE 349) is DENIED as moot.

Dated this 25th day of February, 2010.



Signed By:
_Karen K. Caldwell_ KKC
**United States District Judge**