UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

Eastern District of Kentucky
**FILED**

MAR 2 9 2010

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO.  07-38

TINA DILTS, *as Administratrix of the Estate of*
*Rickie Dilts, Deceased,* et al.,                                                    PLAINTIFFS,

v.                                         **JUDGMENT**

MAXIM CRANE WORKS, L.P., et al.,                                         DEFENDANTS.

In accordance with the Court's prior opinions and orders entered in this matter, the Court

hereby ORDERS and ADJUDGES as follows:

1)      Judgement is entered in favor of the Defendants;

2)      the Plaintiffs' Claims are DISMISSED;

3)      all Intervening Complaints are DISMISSED;

4)      all cross-claims between the Defendants are DISMISSED;

5)      this matter is STRICKEN from the active docket of this Court; and

6)      this Judgement is FINAL and APPEALABLE.



Signed By:
Karen K. Caldwell
United States District Judge
3/29/10